B. Scott Welker (15037)
**MILLER HARRISON, LLC**
5292 S. College Drive #304
Murray, UT 84123
Telephone: (801) 692-0794
swelker@millerharrisonlaw.com
**Attorneys for Defendants TEC Management and Patriot Pointe**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF UTAH

| | |
|---|---|
| FAITH EDWARDS, and ROES I-X, | **STIPULATED MOTION TO DISMISS** |
| *Plaintiffs,* | |
| v. | Case No.: 1:24-cv-00013-TC |
| TEC MANAGEMENT, LLC, a corporation, PATRIOT POINTE, LLC, a corporation, and ROES I-X, | Judge: |
| *Defendants.* | |

COMES NOW, the parties hereto by their respective legal counsel and hereby stipulated and agree that this matter may be dismissed with prejudice with each party to bear their own attorney fees and costs. The basis for this motion is that this matter has been settled.

Dated: January 6, 2025

**MILLER HARRISON, LLC**

*/s/*Scott Welker
***Attorney for Patriot Pointe, LLC and TEC Management, LLC***

**Allebest Law Group PLLC**

*/s/*_____
***Attorney for Faith Edwards, and Roes I-X***
*Signed with Permission by Scott Welker*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2025, I caused the foregoing **STIPULATED DISMISSAL** to be served via the Court's electronic filing system, which provided notice to the following:

Jared Allebest #13485
jared@allebest.com
*Attorneys for Plaintiff*

/s/ Miriam Kalubi
*Attorney for Defendant*
